IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON N. ARMBRUSTER, | ) |
| Plaintiff, | ) |
| vs. | ) Civil No. 18-cv-02182-DGW |
| COMMISSIONER of SOCIAL SECURITY, | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Donald G. Wilkerson (Doc. 26), the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED** and **REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Jason N. Armbruster and against defendant Commissioner of Social Security.

DATED: September 3, 2019

MARGARET M. ROBERTIE
Clerk of Court

BY: *[signature]*
Deputy Clerk

Approved:
s/ Donald G. Wilkerson
**DONALD G. WILKERSON**
U.S. Magistrate Judge